IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Dealer Computer Services, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-08-3010 |
| | § | |
| Rittenhouse-Kerr Lincoln-Mercury, Inc., | § | |
| | § | |
| Defendant. | § | |

## ORDER

This is a proceeding to confirm an arbitration award. The plaintiff, Dealer Computer Services, Inc., have moved for a default judgment against the defendant, Rittenhouse-Kerr Lincoln-Mercury, Inc. The motion establishes that the defendant was served with process on January 29, 2009 but has failed to plead or defend this action. It is ORDERED that default be entered against the defendant under Rule 55(a). Secondly, it is ORDERED that no later than May 22, 2009, the plaintiff must: move for judgment by default, certifying the notice to the defendant; submit affidavits with supporting documentation of the amount of the arbitration award sought to be confirmed; and submit affidavit evidence on attorney's fees, including a precise explanation of reasonable charges for the necessary service in prosecution of this case.

SIGNED on April 22, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge