## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| DEALER COMPUTER SERVICES, INC., | § | |
| | § | |
| Claimant, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-08-3010 |
| | § | |
| RITTENHOUSE-KERR LINCOLN-MERCURY, INC., | § | |
| | § | |
| | § | |
| Respondent. | § | |

### DEFAULT JUDGMENT

This court has entered default against the respondent, Rittenhouse-Kerr Lincoln-Mercury, Inc., under Rule 55(a) of the Federal Rules of Civil Procedure. The claimant, Dealer Computer Services Inc. f/k/a Ford Dealer Computer Services, Inc. ("DCS"), has moved for judgment by default in this suit to confirm an arbitration award. DCS has submitted affidavits establishing the arbitration award and the amount of the arbitration award to be confirmed, including reasonable attorneys' fees in the amount of $54,976.72.

In accordance with the record, judgment is entered confirming the arbitration award issued on July 14, 2008 and ordering Rittenhouse-Kerr Lincoln-Mercury, Inc. to pay DCS the following:

- $2,175,876.92, the amount of the award;

- $54,976.72, reasonable attorneys' fees included in the arbitration award;

- $11,877.69, part of the administrative fees of the American Arbitration Association and the arbitrator;

- prejudgment interest from July 14, 2008 at the legal rate under Michigan law; and

- postjudgment interest at the rate of .56 % per annum.

This is a final judgment.

SIGNED on June 18, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge